Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEVOE CORP., a California corporation, | **Case No. 11-cv-02777 PSG** |
| Plaintiff, | ORDER **GRANTING *EX PARTE* MOTION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| vs. | |
| DESIGN POOL LIMITED dba NATIVE UNION, a Hong Kong corporation, | |
| Defendant. | |

Upon consideration of Plaintiff's *Ex Parte* Motion to Postpone Initial Case Management Conference and Related Deadlines, the Court GRANTS the motion.

IT IS HEREBY ORDERED THAT:

The current schedule set forth in the Court's July 7, 2011 scheduling order is vacated (see ECF No. 4).  The Court resets the case management conference, currently scheduled for August 30, 2011 (see ECF. No. 7), for October 3, 2011, at 2:00 p.m., and resets the case deadlines in accordance to the applicable Federal Rules of Civil Procedures and Local Rules.

Dated:   8/19/2011           By:           *Paul S. Grewal*
                                           Hon. Paul S. Grewal
                                           UNTIED STATES MAGISTRATE JUDGE

1

**ORDER GRANTING *EX PARTE* MOTION TO POSTPONE INITIAL CASE DEADLINES – CASE NO. 11-CV-02777 PSG**